In the Matter of HAROLD FLORANCE, Appellant, against EDWARD J. DONOVAN et al., as Commissioners of Correction of the State of New York, Respondents.

Argued May 19, 1954; decided July 14, 1954.

*James D. Benson* for appellant.

*Nathaniel L. Goldstein, Attorney-General (J. Bruce Mac-Donald, Wendell P. Brown* and *Raymond B. Madden* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.